# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2427
_____

JULIE A. ZEMAITIS DECESARE,
M.D. and OB HOSPITALIST
GROUP, LLC,

     Appellants,

     v.

SHAKERA MARION and COREY
BROOKS, as parents and natural
guardians of S.B.,

     Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

November 17, 2025

PER CURIAM.

     AFFIRMED.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rogelio J. Fontela and Jessica E. Keeler of Dennis, Jackson, Martin, & Fontela, P.A., Tallahassee, for Appellants.

Andrew L. Ellenberg of Needle & Ellenberg, P.A., Miami; Bryan S. Gowdy and Nicholas P. McNamara of Creed & Gowdy, P.A., Jacksonville, for Appellees.